# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED 2015 MAR 11 P 1:33
U.S. DISTRICT COURT
EASTERN DIST. TN.

SEALED

RECEIVED 2015 MAR -6 PM 12:12 U.S. MARSHAL KNOXVILLE, TN

| | |
|---|---|
| United States of America<br>v.<br><br>KEVIN SCARBRO<br>_Defendant_ | )<br>)  Case No. 3:15-CR-30<br>)  Varlan/Shirley<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  KEVIN SCARBRO ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C); and money laundering in violation of Title 18, United States Code, Section 1956(h).

Date: 3-5-15

City and state: Knoxville TN

_Issuing officer's signature_

DEBRA C. POPLIN, CLERK
_Printed name and title_

### Return

This warrant was received on _(date)_ 03/06/2015 , and the person was arrested on _(date)_ 03/10/2015
at _(city and state)_ Knoxville, TN .

Date: 03/10/2015

_Arresting officer's signature_

Kristina L. Norris, Special Agent, FBI
_Printed name and title_

FID# 9753055  Case 3:15-cr-00030-TAV-CCS  Document 4  Filed 03/11/15  Page 1 of 1  PageID #: 27  1574-0309-0985-J