UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES

**Case No.:** 3:15-CR-30, 50  **At:** Knoxville, TN   **Date:** March 10, 2015

**Style: United States of America   vs   Kevin Scarbro**

---

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

| Rachel Stone | FTR | Russell Greene |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Atty. for Deft Young (3:15-CR-50)** |
| Anne-Marie Svolto | Ursula Bailey | Robert Kurtz |
| **Asst. U.S. Attorney** | **Atty. for Deft Scarbro (3:15-CR-30)** | **Atty. for Deft Mullins (3:15-CR-50)** |

**Others Present:** USMS, CSO, Probation Officer

**Proceedings:**  Initial Appearance and Arraignment held as to all Defendants on Indictment. Defendants sworn and advised of rights. Defendants submitted and Court approved financial affidavits. Counsel appointed on behalf of all defendants. Not guilty pleas entered as to all defendants. The Government moved for detention. Defendant Young requested a detention hearing. The Court scheduled a detention hearing for March 12, 2015. Defendants Scarbro and Mullins waived their right to a detention hearing. Orders to follow.

**Dates and Deadlines Set:**

    **Jury Trial:** May 19, 2015 at 9:00 a.m.
    **Pretrial Conference:** May 7, 2015
    **Discovery Cut-Off:** April 10, 2015
    **Motion Cut-Off:** April 24, 2015
    **Response to Motions:** May 6, 2015
    **Reciprocal Disc.:** May 7, 2015
    **Plea Cut-Off**: May 7, 2015

**[] Defendant released on conditions     [X] Defendants remanded to custody of Marshal**

**Time:**  4:00     **to**    4:30